**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 00-1306**

—————————

KENNETH LEE CROW,

                    Plaintiff - Appellant,

     versus

WEST VIRGINIA SUPREME COURT OF APPEALS; NAN G.
BROWN,

                    Defendants - Appellees.

—————————

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling. Frederick P. Stamp, Jr., Chief District Judge. (CA-00-3-5)

—————————

Submitted: May 25, 2000           Decided: June 2, 2000

—————————

Before WILLIAMS, MICHAEL, and KING, Circuit Judges.

—————————

Dismissed by unpublished per curiam opinion.

—————————

Kenneth Lee Crow, Appellant Pro Se.

—————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kenneth Lee Crow seeks to appeal the district court's order denying relief on his complaint alleging violations of his civil rights. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal on the reasoning of the district court. See Crow v. West Virginia Supreme Court, No. CA-00-3-5 (N.D.W. Va. Feb. 23, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2